A. ANGELWITZ & CO. v. GOLDMAN. (Supreme Court, Appellate Division, First Department. June 12, 1908.) Action by A. Angelwitz & Co. against Louis Goldman. No opinion. Application denied, with $10 costs. Order signed.

ATKINSON, Respondent, v. CONSOLIDATED RENDERING CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. July 7, 1908.) Action by Elmer E. Atkinson against the Consolidated Rendering Company. No opinion. Judgment and order affirmed, with costs.